

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable C. C. Benton
County Auditor,
Montague County
Montague, Texas,

Dear Sir:

Opinion No. O-5775
Re: Authority of Montague
County to accept a deed
from Bridge Corporation
to that part of a bridge
between Oklahoma and Texas
which lies within the
county and a related
question.

We have your letter of recent date reading as follows:

"The Southern Toll Bridge Corporation owns and is operating a Toll Bridge across Red River North of Nocona. The bridge is not paying expenses and the Corporation has offered to deed to Montague County all of said bridge which lies in Montague County and the same offer is being made to Jefferson County, Oklahoma as to all of said bridge lying in that County.

"Would the Commissioners Court of Montague County have the authority to accept such deed from the said Corporation?

"In the event, Montague County would have authority to accept said deed and in the event Jefferson County, Oklahoma accepts a similar deed to the portion in that County, would the two Counties own all of the bridge, or is any part of said bridge over any portion of the river claimed to be owned by the Federal Government?"

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable C. C. Benton    Page #2

        If the bridge in question is not on a State highway, your question is answered in the affirmative. Red River is a navigable stream and before a new bridge could be constructed across such waterway, the consent of Congress would have to be obtained, and the plans therefor would have to be submitted to, and approved by the Chief of Engineers and by the Secretary of War. 30 Stat. 1151, 33 U.S.C.A. Sec. 401; 34 Stat. 84, 33 U.S.C.A. Secs. 491 et seq. We assume that these formalities were complied with by the Southern Toll Bridge Corporation prior to the construction of the bridge.

        The Texas Legislature has vested plenary power and authority in the Texas Highway Department to designate, control and maintain State highways. Articles 6673 et seq. Vernon's Annotated Civil Statutes. As used in the statutory authorization the term "highways" includes "bridges." Aransas County vs Coleman, 108 Texas 216. If the bridge is on a State highway, it should be conveyed to the State Highway Department.

        No part of the bridge would be owned by the Federal Government.

                        Yours very truly

                        ATTORNEY GENERAL OF TEXAS

                        By  C. F. Gibson
                            C. F. Gibson
                            Assistant

APPROVED JAN 1944

CFGined
ou
JD.


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN